1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LYNN RENE SMITH,                          No.  2:12-cv-2707 CKD

12                  Plaintiff,

13          v.                                 ORDER TO SHOW CAUSE

14   CAROLYN W. COLVIN,
     Acting Commissioner of Social Security,

15                  Defendant.

16

17

18          Defendant has filed an answer in this action.  Pursuant to the scheduling order (ECF No.

19   5), the time has now passed for plaintiff to file a motion for summary judgment and/or motion for

20   remand.  The parties were advised in the scheduling order that the court is not responsible for

21   reminding them of scheduling deadlines and that failure to adhere to the schedule may result in

22   sanctions, including dismissal.  L.R. 110.  Plaintiff also was advised that plaintiff has an

23   affirmative duty to prosecute this action, and that failure to do so may result in a dismissal for

24   lack of prosecution.  Fed. R. Civ. P. 41(b).

25   /////

26   /////

27   /////

28   /////

1          Accordingly, IT IS HEREBY ORDERED that plaintiff show cause, in writing, no later

2     than fourteen days from the date of this order, why this action should not be dismissed for failure

3     to prosecute.

4     Dated:  June 28, 2013

5                                                              _____
                                                              CAROLYN K. DELANEY
6                                                              UNITED STATES MAGISTRATE JUDGE

7

8     4 smith2707.osc

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28